In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00007-CR
_____

ROECHALLE BARRETT ROWE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. 24,012

**MEMORANDUM OPINION**

A jury found appellant Roechalle Barrett Rowe guilty of possession of a controlled substance and the trial judge assessed punishment at two years of confinement and a fine of $750, but suspended imposition of sentence and placed Rowe on community supervision for two years.

Rowe's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App.

1

1978). On April 5, 2017, we granted an extension of time for Rowe to file a *pro se* brief. We received no response from Rowe.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on July 6, 2017
Opinion Delivered July 19, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Rowe may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.